# Right To Cancel Certification

## Immediate Action Required by Settlement Agent!

## Read Carefully

Serv #: 11501668 Loan #: 11501668

WMC MORTGAGE CORP.

is required to provide a three (3) day "Right to Cancel" for your loan transaction in accordance with Federal Law.

Settlement Agent must fax the following executed documents to WMC MORTGAGE CORP.

at the time of document signing (while borrowers are in the settlement office) to avoid delays that may result from improper execution of documents:

- Right to Cancel
- Federal Truth in Lending
- Note
- Signature page of Deed of Trust/Mortgage

Upon review of these documents, WMC MORTGAGE CORP.

will contact settlement agent to verify that documents are executed properly or to notify settlement agent of any defects in document signing. In the event of defects in document signing, WMC MORTGAGE CORP.

will provide settlement agent with new documents and instructions for execution while borrowers are still present at Settlement Agent's office to a vert further delays.

WMC MORTGAGE CORP.

Contact information:

Contact: KENNETH MANZANO Phone #: (800) 662-3032

Fax #: (845) 680-5221 Alt. Phone #: (845) 680-3247

In signing the loan documents, incidences that will require the execution of new documents as well as a new three (3) Day "Right to Cancel" period, include but are not limited to the following:

- Use of white out or lift off
- Any date corrections (initialing of date corrections is not acceptable)
- Under-signing or inconsistent signing
- Date omission on signature lines
- Date omission on required date fields of the "Right to Cancel"
- Omission of non-borrowing individual who may have equity interest in the property (lien perfection)

**In the event Settlement Agent detects any errors in the process of signing of loan documents, he/she must contact** WMC MORTGAGE CORP.

**immediately** for instructions on how to proceed and to obtain new documents.

Settlement Agent and borrower(s) hereby acknowledge that WMC MORTGAGE CORP.



J.C.M.
KAM

11501668

11501668

cannot disburse funds and will require a new three (3) day "Right to Cancel" in the event of defective documents (as described above) related to the Federally Mandated Right to Cancel Period.
WMC MORTGAGE CORP.

**will not be responsible for delays that may result from the failure of Settlement Agent to follow**
WMC MORTGAGE CORP.

**instructions as set out in this notice.**

Settlement Agent: Date 4-7-06

- Borrower - JOSEPH C MELFI - Date - 4-7-06

KATHLEEN A. MELFI - Date - 4.7.06