# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JOSEPH C. MELFI,

Plaintiff,

v.

WMC MORTGAGE CORPORATION
and MORGAN STANLEY ABS
CAPITAL 1 INC.,

Defendants.

C.A. No. 08-024-ML

## **DEFENDANT WMC MORTGAGE CORP.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant WMC Mortgage Corp. ("WMC") hereby discloses that it is a wholly owned subsidiary of WMC Finance Co. and that there is no publicly held company that owns 10% or more of WMC stock.

WMC MORTGAGE CORP.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow

Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: February 5, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February, 2008 I electronically filed the foregoing DEFENDANT WMC MORTGAGE CORP.'S CORPORATE DISCLOSURE STATEMENT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

966052_1