# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JOSEPH C. MELFI,

Plaintiff,

v.

WMC MORTGAGE CORPORATION and MORGAN STANLEY ABS CAPITAL 1 INC.,

Defendants.

C.A. No. 08-024-ML

## DEFENDANT WMC MORTGAGE CORP.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant WMC Mortgage Corp. hereby discloses that, on December 18, 2007, it was merged with its parent, WMC Finance Company which was, in turn, converted to a Delaware limited liability company and renamed WMC Mortgage, LLC. WMC Mortgage, LLC is a wholly owned subsidiary of General Electric Capital Corporation which is, in turn, a subsidiary of General Electric Company, a publicly held company.

WMC MORTGAGE CORP.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow

Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: February 7, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of February, 2008 I electronically filed the foregoing DEFENDANT WMC MORTGAGE CORP.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

966052_1