**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOSEPH C. MELFI** | : | |
| **Plaintiff,** | : | |
| | : | **C.A. NO. 08-024-ML** |
| **VS.** | : | |
| | : | |
| **WMC MORTGAGE CORPORATION** | | |
| **and MORGAN STANLEY ABS** | : | |
| **CAPITAL 1 INC.,** | : | |
| | : | |
| **Defendants** | : | |

**PLAINTIFF'S ANSWER TO THE DEFENDANT WMC MORTGAGE CORP.'S COUNTERCLAIM**

Plaintiff Joseph C. Melfi ("Plaintiff") by and through his attorney, Christopher M. Lefebvre, hereby answer the Counterclaim filed by the Defendant WMC Mortgage Corp. ("Defendant"), and state:

1. Plaintiff admits the allegations set forth in Paragraphs 1, 2, and 3 of the Defendant's Counterclaim.

2. Plaintiff denies the allegation set forth in Paragraph 4 of the Defendant's Counterclaim.

3. Paragraph 5 of the Defendant' s Counterclaim merely reiterates Defendant's previous allegations and/or statements to which responses have already been provided. To the extent a response is required, Plaintiff reasserts his admission as to the allegations set forth in Paragraphs 1, 2, and 3, and reiterates his denial of the allegation set forth in Paragraph 4 of the Defendant's Counterclaim.

4. Plaintiff admits the allegations set forth in Paragraphs 6 and 7 of the Defendant's Counterclaim.

5. Plaintiff denies the allegation set forth in Paragraph 8 of the Defendant's Counterclaim.

6. The remainder of the Defendant's Counterclaim is a prayer for relief to which the Plaintiff is not required to respond. To the extent that a further response may be required, Plaintiff prays that the Defendant's Counterclaim be dismissed with prejudice and that the Court enter a judgment in favor of plaintiff on all counts of the Complaint, that Plaintiff be awarded his

costs and expenses including attorney's fees, and for such other relief as the Court deems proper.

**WHEREFORE**, Plaintiff Joseph C. Melfi pray that the Court dismiss the Defendant WMC Mortgage Corp.'s Counterclaim.

Respectfully submitted,

______________________________

/s/Christopher M. Lefebvre
Claude Lefebvre Christopher Lefebvre PC
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO#4019
chris@lefebvrelaw.com

**CERTIFICATION**

____________I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 12, 2008

Dated: February 12, 2008

/s/Christopher M. Lefebvre