**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JOSEPH C. MELFI,<br><br>Plaintiff,<br>v.<br><br>WMC MORTGAGE CORPORATION, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., as Trustee of MORGAN STANLEY ABS CAPITAL I, INC., Asset Backed Pass Through Certificates Series 2006-WMC2 Under the Pooling and Servicing Agreement Without Recourse, WELLS FARGO BANK and DOES 1-5,<br><br>Defendants. | Civil Action No. 08-024ML |

**WELLS FARGO BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT PURUSANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Wells Fargo Bank, N.A. files this corporate disclosure statement.

Wells Fargo Bank, N.A.'s parent corporation is WFC Holdings Corporation, which is privately held. No publicly held corporation owns 10% or more of the stock of Wells Fargo Bank, N.A. Wells Fargo & Company is the ultimate parent and is publicly traded.

Respectfully Submitted,
Wells Fargo Bank, N.A.,
By Their Attorneys,

/s/ John J. Flanagan

John J. Flanagan (RI Bar #3099)
Airport Professional Park
2348 Post Road
Warwick, RI 02886

**CERTIFICATE OF SERVICE**

I, John J. Flanagan, hereby certify that this document has been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: June 10, 2008

/s/ John J. Flanagan ______