(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Joseph C. Melfi
Plaintiff(s)

v.

Dkt. No. 08-024 ML

WMC Mortgagge Corporation, et. als.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant Wells Fargo Bank, N.A. and Deutsche Bank National Trust Company, as Trustee of Morgan Stanley ABS Capital I... hereby moves that Jeffrey S. Patterson of Nelson Mullins Riley & Scarborough LLP be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ John J. Flanagan
Signature of Local Counsel

John J. Flanagan
Print Name

RI Bar ID # 3099

Airport Professional Park
Firm and Business Address
2348 Post Road
Warwick, RI 02886

Email: jflanagan@torti.com

Tel. # 508-520-0803

Fax # 508-541-6050

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date