**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOSEPH C. MELFI**<br>**Plaintiff,** | : | **C.A. 08-024ML** |
| **VS.** | : | |
| **WMC MORTGAGE CORPORATION, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., as Trustee of MORGAN STANLEY ABS CAPITAL I, INC., Asset Backed Pass Through Certificates Series 2006-WMC2: Under the Pooling and Servicing Agreement Without Recourse, WELLS FARGO BANK and DOES 1-5** | : | |
| **Defendants** | : | |

## OBJECTION TO MOTION TO DISMISS

Now comes the Plaintiff in the above entitled matter and objects to the Motion to Dismiss filed by the Defendants. A separate Memorandum in Support of said Opposition is being filed contemporaneously herein.

**WHEREFORE,** Plaintiff prays that the Motion to Dismiss filed by the Defendants be denied.

Respectfully submitted,

/s/Christopher M. Lefebvre
Claude Lefebvre Christopher Lefebvre PC
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO#4019
chris@lefebvrelaw.com

**CERTIFICATION**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 17, 2008

Dated: June 17, 2008

/s/Christopher M. Lefebvre