**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOSEPH C. MELFI** | : | **C.A. 08-024ML** |
| **Plaintiff,** | : | |
| | : | |
| **VS.** | : | |
| | : | |
| **WMC MORTGAGE CORPORATION,** | : | |
| **DEUTSCHE BANK NATIONAL** | : | |
| **TRUST COMPANY, N.A., as Trustee** | : | |
| **of MORGAN STANLEY ABS** | : | |
| **CAPITAL I, INC., Asset Backed Pass** | : | |
| **Through Certificates Series 2006-WMC2** | : | |
| **Under the Pooling and Servicing** | : | |
| **Agreement Without Recourse,** | : | |
| **WELLS FARGO BANK and DOES 1-5** | : | |
| | : | |
| | : | |
| **Defendants** | : | |

**MEMORANDUM IN RESPONSE TO THE OPPOSITION TO THE REPORT AND RECOMMENDATION OF MAGISTRATE ALMOND DENYING MOTION TO DISMISS FILED BY DEFENDANTS**

The Plaintiff agrees with the Defendants that Magistrate Judge Almond had the authority to fully resolve the matter. His decision to avoid the substantive legal issue regarding the adequacy of the Notice of Right to Cancel results in unnecessary delay for all parties and should be reversed. This Court should decide whether Plaintiff has stated a viable claim for relief in accordance with the TILA and accompanying Regulation Z. The legal issue presented in this case is identical to another case that is pending before this Court, Richard Peyton v. WMC, Deutsche Bank et als CA # 07-148-ML. The legal issue has been fully and thoroughly briefed by all parties in both cases.

Respectfully submitted,

/s/Christopher M. Lefebvre
Claude Lefebvre Christopher Lefebvre PC
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Bar #4019
chris@lefebvrelaw.com

**CERTIFICATION**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 28, 2008

Dated: July 28, 2008

/s/Christopher M. Lefebvre