**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JOSEPH C. MELFI<br><br>Plaintiff,<br><br>v.<br><br>WMC MORTGAGE CORPORATION, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., as Trustee of MORGAN STANLEY ABS CAPITAL I, INC., Asset Backed Pass Through Certificates Series 2006-WMC2 Under the Pooling and Servicing Agreement Without Recourse, WELLS FARGO BANK and DOES 1-5,<br><br>Defendants. | Civil Action No. 08-024ML |

**REPLY MEMORANDUM REGARDING THE REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Defendants Wells Fargo Bank and Deutsche Bank National Trust Company, N.A., as Trustee of Morgan Stanley ABS Capital I, Inc., Asset Backed Pass Through Certificates Series 2006-WMC2 Under the Pooling and Servicing Agreement Without Recourse (hereinafter collectively referred to as "Defendants") file this Reply in response to the Plaintiff's Memorandum in Response to Defendants' Objection to the Report and Recommendation on their Motion to Dismiss.

The parties appear to be in agreement in that this Court would not be issuing an advisory opinion by ruling on the Defendants' Motion to Dismiss. If the Court agrees with Defendants argument that the unsigned notices attached to Plaintiff's Complaint, by themselves, satisfy TILA, then Plaintiff has not stated a valid rescission claim and the case

should be dismissed. If the Court rules that the unsigned notices, by themselves, do not satisfy TILA, then the parties will proceed to discovery to determine, among other things, whether other documents were provided and whether those other documents satisfy TILA.

Nothing in Plaintiff's correspondence to the Court of July 31st or the enclosed Report and Recommendation of Magistrate Judge Neiman in *Bonney v. Washington Mutual Bank*, CA No. 08-30087 (D. Mass., Springfield), changes the foregoing or the arguments of the Defendants. However, to the extent the Court wants to consider or rely on the Report and Recommendation as persuasive authority, Defendants would request the opportunity in writing or at oral argument to explain the key distinguishing fact between the present action and the *Booney* decision.

Respectfully Submitted,

Wells Fargo Bank, N.A., and
Deutsche Bank National Trust Company, N.A., as Trustee of Morgan Stanly ABS Capital I, Inc., Asset Backed Pass Through Certificates Series 2006-WMC2 Under the Pooling and Servicing Agreement Without Recourse,

By Their Attorneys,

/s/ John J. Flanagan

John J. Flanagan (RI Bar #3099)
Airport Professional Park
2348 Post Road
Warwick, RI 02886

And,

Jeffrey Patterson (BBO # 671383)
David E. Fialkow (BBO # 666192)
Nelson Mullins Riley & Scarborough LLP
66 Long Wharf
Boston, MA 02110
(617) 573-4700

**CERTIFICATE OF SERVICE**

I, John J. Flanagan, hereby certify that this document has been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: August 7, 2008

/s/ John J. Flanagan