UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSEPH C. MELFI

v. CA 08-024 ML

WMC MORTGAGE CORPORATION, et al.

ORDER

This matter is referred to United States Magistrate Judge Almond for a report and recommendation. Because the record includes facts beyond those that are alleged in the Complaint, Defendants' Motion to Dismiss shall be treated as one for summary judgment under Rule 56. Fed. R. Civ. P. 12(d).

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
August 20 , 2008